### (April 23, 1975)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONALD OWENS,

Petitioner, v J. Leland Casscles, as Superintendent of the Great Meadow Correctional Facility, Respondent.—Application, pursuant to CPLR 7002 (subd [b], par 2), for a writ of habeas corpus denied as legally insufficient. The facts alleged by petitioner do not establish that his present incarceration is illegal or that the parole board acted contrary to law in fixing either the minimum period of imprisonment on his 1973 sentence or the maximum term of his prior sentence. Petitioner's other contentions are likewise without merit. Greenblott, J. P., Sweeney, Kane, Main and Larkin, JJ., concur.